# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-1415

———————————————

Brenda Gosney and William
Gosney,

Petitioners,

v.

Phillip Griffith and
Kimberley Griffith,

Respondents.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

August 13, 2024

Per Curiam.

Dismissed.

Lewis, B.L. Thomas, and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Doreen Turner Inkeles and Randall Mark Shochet of Shochet Law Group, Trenton, for Petitioners.

Jennifer Kerkhoff, Law Offices of Jennifer Kerkhoff, P.A., Chiefland, for Respondents.